IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.            )<br>           ) Criminal No. 04-109<br>TERRANCE L. COLE    )<br>           )<br>  Defendant.    )<br>           ) | |

## ORDER

AND NOW, this 2nd day of August, 2005, upon consideration of Defendant's Motion to Dismiss the Indictment (Doc. No. 165) and the briefs submitted in support thereof and in opposition thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

*Thos M. Hardiman*
Thomas M. Hardiman
United States District Judge

cc: counsel of record as listed below

Gregory Nescott
Assistant U. S. Attorney
U. S. Post Office and Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA   15219

Alan R. Baum
20700 Ventura Boulevard
Suite 301
Woodland Hills, CA 91364