IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-109 |
| ) | |
| TERRANCE LARNELL COLE ) | |
|    a/k/a T, a/k/a TC ) | |
|    a/k/a The Boss ) | |
|    a/k/a Big Head ) | |

## **VERDICT**

AND NOW, this 30th day of August, 2005, we the jury empaneled in the above-entitled case find the following as to the defendant, Terrance Larnell Cole:

1.    At Count One of the Indictment under which Defendant Terrance Larnell Cole is charged with knowingly, intentionally and unlawfully conspiring to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(ii), in violation of 21 U.S.C. §846, we the jury find the Defendant Terrance Larnell Cole

GUILTY __X__                  NOT GUILTY _____

2. At Count Two of the Indictment, under which Defendant Terrance Larnell Cole is charged with knowingly, intentionally, and unlawfully conspiring to conduct and attempt to conduct financial transactions affecting interstate commerce, all involving the proceeds of a specified unlawful activity, that is, illegal drug trafficking, knowing that the transactions were designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, contrary to the provisions of 18 U.S.C. §1956(a)(1)(B)(i), in violation of 18 U.S.C. § 1956(h), we the jury find the Defendant Terrance Larnell Cole

**GUILTY** __X__          **NOT GUILTY** ____